# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2024

November 25, 2024

Granted.

SO ORDERED:

11/25/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Ronda v. Commissioner of Social Security*
     Civil Action No. 1:24-cv-06691-AT-RWL

Dear Judge Lehrburger,

We write on behalf of our client, Vanessa Ronda, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on December 2, 2024, per the Court's September 4, 2024 Standing Scheduling Order. This is the parties' first request for an extension.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **March 3, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **May 2, 2025;** and

- Plaintiff to file her reply, if any, on or before: **May 17, 2025.**

Honorable Robert W. Lehrburger
November 25, 2024
Page Two

Thank you for your consideration of this request.

    Respectfully submitted,

    s/Daniel A. Osborn
    Daniel A. Osborn
    OSBORN LAW, P.C.
    43 West 43rd Street, Suite 131
    New York, New York 10036
    Telephone:    212-725-9800
    Facsimile:     212-500-5115
    dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)